UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JAN 0 8 2020

Lisa-Erika James and Heather
Hightower,

              Plaintiff,

  v.

New York City Department Of Education,
et al.,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

16-CV-4844 (LAK)(RWL)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        By letter dated December 11, 2019, counsel for the Law Department informed the Court that this case has been settled in principle. Accordingly, the case as to Heather Hightower is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, February 10, 2020 if the settlement is not executed by then.

        SO ORDERED.

Dated:      January 8, 2020

                                 Lewis A. Kaplan
                         United States District Judge